IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 MAR -1  PM 4: 34
U.S. DISTRICT COURT
N.D. OF ALABAMA

HOWARD I. JACKSON,       )
                         )
           Plaintiff     )      ENTERED
                         )
                         )      MAR 02 1999
vs.                      )
                         )      CASE NO. CV98-HGD-2758-NE
                         )
H. P. HAMPTON, et al.,   )
                         )
           Defendants    )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 21, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on January 26, 1999.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim

10.

upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

A final judgment will be entered.

DONE this ___1st___ day of ___March_____, 1999.

_____
UNITED STATES DISTRICT JUDGE